UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
       :
C.K. *Individually and on behalf of D.K., a minor*,   :
       :
                             Plaintiff,   :      23-CV-2551(VSB)
       :
                   -against-         :       **ORDER**
       :
New York City Department of Education,   :
       :
                           Defendant.  :
       :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on March 26, 2023, (Doc. 1), and filed an affidavit of service on April 4, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 25, 2023. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 12, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 28, 2023
           New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge