```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
C.K. individually and on behalf of D.K., a                 :
minor,                                                     :
                                                           :
                                Plaintiff,                 :    23-CV-2551 (VSB)
                                                           :
                  -against-                                :         ORDER
                                                           :
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION,                                                 :
                                                           :
                                Defendant.                 :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff initiated this action by filing a complaint on March 26, 2023.  (Doc. 1.)  On April 28, 2023, Defendant filed a motion for an extension of time to file an answer, (Doc. 8), which I granted on April 30, 2023, (Doc. 9).  On July 21, 2023, Defendant filed a second motion for an extension of time to file an answer, (Doc. 12), which I granted on July 24, 2023, (Doc. 13).  Pursuant to Doc. 13, Defendant was to answer or otherwise respond to the complaint no later than August 24, 2023.  (*Id.*)  To date, Defendant has yet to respond to the complaint or file a third request for additional time to do so.  Accordingly, Defendant is ordered to answer or otherwise respond to the complaint no later than Friday September 1, 2023.

SO ORDERED.

Dated:  August 28, 2023
       New York, New York

                                                               */s/ Vernon S. Broderick*
                                                              Vernon S. Broderick
                                                              United States District Judge